## Silverman Unemployment Compensation Case.

Argued June 11, 1970. *Reuben Singer,* with him *Singer & Deitch,* for claimants, appellants; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decisions affirmed.

HOFFMAN, J., dissents.

## Staten Appeal.

Argued June 12, 1970. *Miriam L. Gafni,* Assistant Defender, with her *Paula S. Gold* and *Richard Lunenfeld,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.